# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH GOMEZ,<br><br>   Petitioner,<br><br>vs.<br><br>LEROY BACA, et al.,<br><br>   Respondent. | Case No. CV11-6441-GAF (DTB)<br><br>**JUDGMENT** |

  Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

  IT IS ADJUDGED that the action is dismissed pursuant to Rule 4 of the Rules Governing Section 2254 Cases in the United States District Court.

Dated: 10/6/11

GARY A. FEESS
UNITED STATES DISTRICT JUDGE

1